# EXHIBIT B

**From:**       Michael Thomas
**To:**         Stark, Matthew (USANJ); Cano, Fatime (USANJ)
**Cc:**         Bean, Samuel B. (TAX)
**Subject:**    [EXTERNAL] RE: Leon Haynes Protective order
**Date:**       Thursday, June 20, 2024 2:08:41 PM

I just sent a request to the court to conference the case. I am not okay with the proposed language. Feel free to file and we can discuss with the court prior to my response to see if there is an agreement e can come to.

Sincerely,

Michael Alexander Thomas (he/him)
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
1002 Broad Street
Newark, New Jersey 07102
Call/Text: (609) 477-4465

**From:** Stark, Matthew (USANJ) <Matthew.Stark@usdoj.gov>
**Sent:** Thursday, June 20, 2024 12:01 PM
**To:** Michael Thomas <Michael_Thomas@fd.org>; Cano, Fatime (USANJ) <Fatime.Cano@usdoj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** RE: Leon Haynes Protective order

Michael,

Following up on the below. Please confirm whether you agree with the consent protective order by tomorrow so that we may file a motion with the court if not.  Thank you.

Best regards,

**Matt Stark** | Assistant United States Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street, Newark, NJ 07102
Office:  (973) 645-2789 | Cell: (973) 634-7874
Email: matthew.stark@usdoj.gov

**From:** Stark, Matthew (USANJ)
**Sent:** Monday, June 17, 2024 10:10 AM
**To:** Michael Thomas <Michael_Thomas@fd.org>; Cano, Fatime (USANJ) <FCano@usa.doj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** RE: Leon Haynes Protective order

Michael,

Thank you for sending the opinion citation.  Upon review, the opinion states that the rule applies "[a]bsent specific written instructions or an **express agreement** or other legal authority, such as a **court order**."  The consent protective order would constitute both an express agreement and court order.  Moreover, even without an order, the opinion doesn't seem to apply to discovery materials but rather client property.  In light of the above and given the highly sensitive nature of the discovery materials, we think the proposed consent order, including paragraph 14, is appropriate and note once again that we routinely enter into this agreement in this district and with your office without issue.  Accordingly, we do not agree to delete paragraph 14.  Please confirm whether you consent to the agreement as is.

Best regards,

**Matt Stark** | Assistant United States Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street, Newark, NJ 07102
Office:  (973) 645-2789 | Cell: (973) 634-7874
Email: matthew.stark@usdoj.gov

**From:** Michael Thomas <Michael_Thomas@fd.org>
**Sent:** Friday, June 14, 2024 9:29 AM
**To:** Stark, Matthew (USANJ) <MStark@usa.doj.gov>; Cano, Fatime (USANJ) <FCano@usa.doj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** [EXTERNAL] RE: Leon Haynes Protective order

ACPE Opinion 692 (Supplement), 170 N.J.L.J. 343 (October 28, 2002).

I think the language should be taken out altogether. My office should be able to follow our usual protocol for client file retention.

Michael Alexander Thomas (he/him)
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
1002 Broad Street
Newark, New Jersey 07102
Call/Text: (609) 477-4465

**From:** Stark, Matthew (USANJ) <Matthew.Stark@usdoj.gov>
**Sent:** Tuesday, June 11, 2024 4:52 PM
**To:** Michael Thomas <Michael_Thomas@fd.org>; Cano, Fatime (USANJ) <Fatime.Cano@usdoj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** RE: Leon Haynes Protective order

Thank you for your response.  Please send along the ethics decisions you reference below at your earliest convenience.  As you know, we are working to produce discovery to you according to the schedule set by the Court, but we cannot do so until the privacy concerns regarding the documents

are addressed.  With regard to the scope of documents covered by the protective order, we believe the language is sufficiently specific, especially given the voluminous nature of the production and the breadth of PII contained therein, and we routinely use this form in this district.

If you have any suggested changes to the proposed protective order, we are happy to consider them.  I am also available to speak and to meet and confer regarding any of these issues if you have time during your conference.  We will wait until Monday to file a motion for a protective order so that we can work through these issues, but we will need to file the consent protective order or a motion by that time to meet the discovery deadline.

**Matt Stark** | Assistant United States Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street, Newark, NJ 07102
Office:  (973) 645-2789 | Cell: (973) 634-7874
Email: matthew.stark@usdoj.gov

**From:** Michael Thomas <Michael_Thomas@fd.org>
**Sent:** Tuesday, June 11, 2024 2:56 PM
**To:** Stark, Matthew (USANJ) <MStark@usa.doj.gov>; Cano, Fatime (USANJ) <FCano@usa.doj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** [EXTERNAL] RE: Leon Haynes Protective order

I have an ethical obligation to maintain my case file and so I take issue with anything requiring me to destroy discovery once the case has closed out. There are specific ethics decisions that I can send to you if you would like but it will take a little bit. Long story short, it is recommended I maintain a client file as long as the client is alive because of the lifelong consequences of a criminal conviction. I also think we should be more specific about the documents that are covered by the protective order.

Sincerely,

Michael Alexander Thomas (he/him)
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
1002 Broad Street
Newark, New Jersey 07102
Call/Text: (609) 477-4465

**From:** Stark, Matthew (USANJ) <Matthew.Stark@usdoj.gov>
**Sent:** Tuesday, June 11, 2024 12:57 PM
**To:** Michael Thomas <Michael_Thomas@fd.org>; Cano, Fatime (USANJ) <Fatime.Cano@usdoj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** RE: Leon Haynes Protective order

Can you elaborate on your ethical concern?  The attached consent protective order is a standard form that we routinely enter.  I'd like to understand your concern so that we can try to address it

without having to involve the court if possible.

**Matt Stark** | Assistant United States Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street, Newark, NJ 07102
Office:  (973) 645-2789 | Cell: (973) 634-7874
Email: matthew.stark@usdoj.gov

---

**From:** Michael Thomas <Michael_Thomas@fd.org>
**Sent:** Tuesday, June 11, 2024 12:47 PM
**To:** Stark, Matthew (USANJ) <MStark@usa.doj.gov>; Cano, Fatime (USANJ) <FCano@usa.doj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** [EXTERNAL] Re: Leon Haynes Protective order

I am not available for a call right now because I am at a conference all week. Could we email instead?

Michael Alexander Thomas, Esq. (he/him)
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
1002 Broad Street
Newark, New Jersey 07102
Call/Text: (609) 477-4465

---

**From:** Stark, Matthew (USANJ) <Matthew.Stark@usdoj.gov>
**Sent:** Tuesday, June 11, 2024 12:31:25 PM
**To:** Michael Thomas <Michael_Thomas@fd.org>; Cano, Fatime (USANJ) <Fatime.Cano@usdoj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** RE: Leon Haynes Protective order

Hi Michael,

I left you a voicemail this morning.  Please give me a call so that we may discuss your concern. Thanks.

**Matt Stark** | Assistant United States Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street, Newark, NJ 07102
Office:  (973) 645-2789 | Cell: (973) 634-7874
Email: matthew.stark@usdoj.gov

---

**From:** Michael Thomas <Michael_Thomas@fd.org>
**Sent:** Tuesday, June 11, 2024 8:25 AM
**To:** Stark, Matthew (USANJ) <MStark@usa.doj.gov>; Cano, Fatime (USANJ) <FCano@usa.doj.gov>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** [EXTERNAL] Re: Leon Haynes Protective order

My main concern is my ethical responsibility. I think we should potentially schedule a status conference and discuss it with the court. I am more than happy to reach out.

Michael Alexander Thomas, Esq. (he/him)
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
1002 Broad Street
Newark, New Jersey 07102
Call/Text: (609) 477-4465

---

**From:** Stark, Matthew (USANJ) <Matthew.Stark@usdoj.gov>
**Sent:** Monday, June 10, 2024 1:50:13 PM
**To:** Cano, Fatime (USANJ) <Fatime.Cano@usdoj.gov>; Michael Thomas <Michael_Thomas@fd.org>
**Cc:** Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** RE: Leon Haynes Protective order

Hi Michael,

Just following up on the proposed protective order (reattached here).  Please confirm whether you consent.  If we do not hear from you by tomorrow, we will file a motion with the court so that we can keep discovery moving.  Happy to discuss if you have any further questions.  Thanks.

Best regards,

**Matt Stark** | Assistant United States Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street, Newark, NJ 07102
Office:  (973) 645-2789 | Cell: (973) 634-7874
Email: matthew.stark@usdoj.gov

---

**From:** Cano, Fatime (USANJ) <FCano@usa.doj.gov>
**Sent:** Tuesday, May 21, 2024 9:51 AM
**To:** Michael Thomas <Michael_Thomas@fd.org>
**Cc:** Stark, Matthew (USANJ) <MStark@usa.doj.gov>; Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** RE: Leon Haynes Protective order

Hi Michael,

The exception is for disclosure material (discovery) that becomes part of the record of the case. Otherwise the alternative to the destruction is to return that material to the Government. The discovery is being provided without redactions of PII in light of the protective order.

Thanks,
Fatime

**Fatime Meka Cano**
**Assistant United States Attorney**
**District _of_ New Jersey**
970 Broad Street | Newark, NJ 07102
**Office:** 973.645.2758 | **Cell:** 973.856.9384
Fatime.Cano@usdoj.gov

---

**From:** Michael Thomas <Michael_Thomas@fd.org>
**Sent:** Thursday, May 16, 2024 11:36 AM
**To:** Cano, Fatime (USANJ) <FCano@usa.doj.gov>
**Cc:** Stark, Matthew (USANJ) <MStark@usa.doj.gov>; Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** [EXTERNAL] Re: Leon Haynes Protective order

Is there a reason why the discovery would be destroyed afterwards?

Sincerely,

Michael Alexander Thomas, Esq. (he/him)
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
1002 Broad Street
Newark, New Jersey 07102
Call/Text: (609) 477-4465

---

**From:** Cano, Fatime (USANJ) <Fatime.Cano@usdoj.gov>
**Sent:** Monday, May 6, 2024 5:29:59 PM
**To:** Thomas, Michael (FD) <Michael_Thomas@fd.org>
**Cc:** Stark, Matthew (USANJ) <Matthew.Stark@usdoj.gov>; Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** RE: Leon Haynes Protective order

Hi Michael,

I am kindly circling back on this protective order. Once it is entered with the court, we can continue to roll out discovery. Let us know if you have any questions with the order or if there is anything else you'd like to discuss on the matter.

Thanks,

Fatime

**Fatime Meka Cano**
**Assistant United States Attorney**
**District** *of* **New Jersey**
970 Broad Street | Newark, NJ 07102
**Office:** 973.645.2758 | **Cell:** 973.856.9384
Fatime.Cano@usdoj.gov

---

**From:** Cano, Fatime (USANJ)
**Sent:** Thursday, April 25, 2024 2:47 PM
**To:** Thomas, Michael (FD) <Michael_Thomas@fd.org>
**Cc:** Stark, Matthew (USANJ) <MStark@usa.doj.gov>; Bean, Samuel B. (TAX) <Samuel.B.Bean@usdoj.gov>
**Subject:** Leon Haynes Protective order

Hi Michael,

I hope all is well.   Attached, please kindly find a protective order.  If you consent, can you kindly sign and send back to us so we can get it over to the court?

Thank you,
Fatime

**Fatime Meka Cano**
**Assistant United States Attorney**
**District** *of* **New Jersey**
970 Broad Street | Newark, NJ 07102
**Office:** 973.645.2758 | **Cell:** 973.856.9384
Fatime.Cano@usdoj.gov