## COUNT ONE
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count One of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-1 in the 2020 Q2 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____     GUILTY ✓



EXHIBIT
J - 4

2

## COUNT TWO
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Two of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-1 in the 2020 Q3 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____     GUILTY ✓

## COUNT THREE
### (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Three of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-1 in the 2020 Q4 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY __✓__

## COUNT FOUR
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Four of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-1 in the 2021 Q1 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____     GUILTY ✓

5

## <u>COUNT FIVE</u>
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Five of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-1 in the 2021 Q2 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY \_\_\_\_\_    GUILTY ✓

6

## COUNT SIX
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Six of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-1 in the 2021 Q3 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY _✓_

7

## COUNT SEVEN
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Seven of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-1 in the 2021 Q4 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY ✓____

8

## COUNT EIGHT
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Eight of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-1 in the 2022 Q1 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY ✓

9

## COUNT NINE
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Nine of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-2 in the 2020 Q2 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY ✓

10

## COUNT TEN
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Ten of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-2 in the 2020 Q3 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY ✓

11

## COUNT ELEVEN
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Eleven of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-2 in the 2020 Q4 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY ✓

12

## COUNT TWELVE
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Twelve of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-2 in the 2021 Q1 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY _✓_

13

## COUNT THIRTEEN
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Thirteen of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-2 in the 2021 Q2 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY __✓__

14

15

## COUNT FOURTEEN
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Fourteen of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-2 in the 2021 Q3 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY _✓_

15

## COUNT FIFTEEN
## (Aiding or Assisting in the Preparation or Presentation of False Tax Returns)

With respect to Count Fifteen of the Second Amended Indictment, aiding or assisting in the preparation or presentation of a false tax return involving Individual-2 in the 2021 Q4 Tax Period, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY _✓_

16

## COUNT SIXTEEN
### (Mail Fraud)

With respect to Count Sixteen of the Second Amended Indictment, which charges mail fraud with regard to a Tax Period 2021 Q2 Treasury check dated on or about August 24, 2021 in the approximate amount of $254,117.36, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY ✓

17

## COUNT SEVENTEEN
### (Tax Evasion)


With respect to Count Seventeen of the Second Amended Indictment, which charges tax evasion for Tax Year 2021, we, the jury, unanimously find the defendant, Leon Haynes:


NOT GUILTY _____        GUILTY _✓___

18

## COUNT EIGHTEEN
### (Tax Evasion)

With respect to Count Eighteen of the Second Amended Indictment, which charges tax evasion for Tax Year 2022, we, the jury, unanimously find the defendant, Leon Haynes:

NOT GUILTY _____    GUILTY _✓_____

FOREPERSON

11/10/2025

Date

19