## KORIBANICS AND KORIBANICS
### ATTORNEYS AT LAW

**MICHAEL P. KORIBANICS***
*Admitted to NJ and NY Bars*
*Admitted to U.S. Supreme Court*
*Admitted to U.S. District Court, District of NJ*
*Admitted to Eastern District of New York*
*Admitted to Southern District of New York*

------------

**JOHN KORIBANICS**
**OF COUNSEL**
**(1921-2002)**

**685 VAN HOUTEN AVE**
**CLIFTON, NJ 07013-2197**
**PHONE (973) 778-1800**
**FAX (973) 778-3750**

**E-Mail:  michael@koribanicsandkoribanics.com**

February 13, 2026

***Via E-Courts***

William J. Martini, U.S.D.J.
US District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re:    USA vs. LEON HAYNES**
**Criminal No. 24-cr-00232-WJM**

Dear Judge Martini :

The above captioned matter is scheduled for Sentencing before your Honor on March 12, 2026, at 12:00 p.m.

At this time, we kindly request that this be adjourned to the week of April 6 ,2026, as I am beginning a Civil Trial on March 2, 2026 before your Honor in the matter of *Kelley v. Reyes, et. al.* and *Lee v. Clark, et. al.*, which is expected to last two weeks. We have consent from the AUSA.

Kindly advise this office of the court's decision, so I may advise my client accordingly.

Very truly yours,
**/s/ *Michael P. Koribanics***
Michael Koribanics, Esq.

MK/cmrcc:
AUSA Matthew Stark
Mr. Leon Haynes



**\*"Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney"**